# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ROBIN L. ROSENQUIST,

       Plaintiff,                 :          Case No. 3:11-cv-447

                                        District Judge Thomas M. Rose
      -vs-                              Magistrate Judge Michael R. Merz
                              :

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.              :

## ORDER REGARDING SERVICE OF PROCESS

This action was filed December 22, 2011.  Under Fed. R. Civ. P. 4(m), service must be completed within 120 days of filing.  Although process has issued, there has been no return of service.

Plaintiff is accordingly notified that unless proof of service is filed by April 20, 2012, the case will be dismissed for want of prosecution.

February 22, 2012.

                                                                s/ **Michael R. Merz**
                                                         United States Magistrate Judge